IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RASHEED WATERS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CHELTENHAM TOWNSHIP d/b/a** | : | **NO. 16-0216** |
| **CHELTENHAM TOWNSHIP POLICE** | : | |
| **DEPARTMENT and JOHN BARR,** | : | |
| **Individually and in his official capacity** | : | |
| **as Detective for CTPD** | : | |

## ORDER

**NOW**, this 20th day of April, 2016, upon consideration of the Defendants' Motion for Judgment on Pleadings (Document No. 21) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendants and against the plaintiff.

                                                          /s/Timothy J. Savage
                                                          TIMOTHY J. SAVAGE,  J.